UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
JOSEPH GREGORIO, individually and on behalf
of all others similarly situated,　　　　　　　　　　　Case No. 1:17-CV-05987-AT

　　　　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　　　　**MOTION FOR ADMISSION**
　　v.　　　　　　　　　　　　　　　　　　　　　　***PRO HAC VICE***

PREMIER NUTRITION CORPORATION,

　　　　　　　　　　　Defendant.

———————————————————————X

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Sarah L. Brew, hereby move this Court for an Order for admission to practice *pro hac vice* and appear as counsel for Defendant Premier Nutrition Corporation in the above-captioned action.

　　　　I am a member in good standing of the Bar of the State of Minnesota and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: September 6, 2017

                                Respectfully Submitted,

                                FAEGRE BAKER DANIELS

By:    /s/ Sarah L. Brew
         SARAH L. BREW
         2200 Wells Fargo Center
         90 S. Seventh Street
         Minneapolis, Minnesota 55402
         P: (612) 766-7470
         F: (612) 766-1600
         Sarah.Brew@FaegreBD.com
         *Attorneys for Defendant*
         *Premier Nutrition Corporation*