UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————X
JOSEPH GREGORIO, individually and on behalf
of all others similarly situated,

                Case No. 1:17-CV-05987-AT

           Plaintiff,

    v.

PREMIER NUTRITION CORPORATION,

           Defendant.

—————————————————————X

## DECLARATION OF SARAH L. BREW

    I, SARAH L. BREW, hereby declare as follows:

1. I am a partner with the law firm Faegre Baker Daniels LLP. I am admitted to practice law in the State of Minnesota. A copy of my Certificate of Good Standing is annexed hereto. I make this declaration in connection with my motion for admission *pro hac vice* in the above-captioned matter.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings pending against me.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 5, 2017

                                              _____
                                              SARAH L. BREW