UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X

JOSEPH GREGORIO, individually and on behalf of all others similarly situated,

                        Plaintiff,

      v.

PREMIER NUTRITION CORPORATION,

                        Defendant.

———————————————————————X

Case No. 1:17-CV-05987-AT

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

       The motion for admission of Sarah L. Brew to practice *pro hac vice* in the above-captioned matter is granted.

       Applicant has declared that she is a member in good standing of the Minnesota State Bar and that her contact information is as follows:

    SARAH L. BREW
    Faegre Baker Daniels LLP
    2200 Wells Fargo Center
    90 S. Seventh Street
    Minneapolis, Minnesota 55402
    P: (612) 766-7470
    F: (612) 766-1600
    E-mail: Sarah.Brew@FaegreBD.com

       Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Premier Nutrition Corporation in the above entitled action;

       IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: _____ , 2017

                                                                                                     _____
                                                                                                     United StatesDistrict / Magistrate Judge