UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────X
JOSEPH GREGORIO, individually and on behalf
of all others similarly situated,                    Case No. 1:17-CV-05987-AT

Plaintiff,

v.

PREMIER NUTRITION CORPORATION,

Defendant.

───────────────────────────────X

### DECLARATION OF AARON D. VAN OORT

I, AARON D. VAN OORT, hereby declare as follows:

1. I am a partner with the law firm Faegre Baker Daniels LLP. I am admitted to practice law in the State of Minnesota. A copy of my Certificate of Good Standing is annexed hereto. I make this declaration in connection with my motion for admission *pro hac vice* in the above-captioned matter.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings pending against me.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 5, 2017

AARON D. VAN OORT

US.113926263.01