IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH GREGORIO, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION,<br><br>Defendants. | **CASE NO. 1:17-cv-05987**<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, the undersigned hereby moves this Court for an Order for admission to practice *pro hac vice* and to appear as counsel for Plaintiffs and the proposed Plaintiff Class in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Michigan and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  September 18, 2017                             Respectfully Submitted,

/s/ Nick Suciu III
Nick Suciu III
Barbat Mansour & Suciu PLLC
1644 Bracken Rd.
Bloomfield Hills, MI 48302
313-303-3472
nicksuciu@bmslawyers.com