```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/25/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GREGORIO, individually and on behalf of all others similarly situated,

                        Plaintiff,

     -against-

PREMIER NUTRITION CORPORATION,

                        Defendant.

17 Civ. 5987 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having considered the parties' letters dated October 16 and October 23, 2017, ECF Nos. 28, 29, it is ORDERED that:

1. By **November 27, 2017**, Defendant shall submit its motion to dismiss;
2. By **December 11, 2017**, Plaintiff shall submit his opposition; and
3. By **December 18, 2017**, Defendant shall submit a reply, if any.

    SO ORDERED.

Dated: October 25, 2017
         New York, New York

                                            ANALISA TORRES
                                    United States District Judge