# BURSOR & FISHER
### P.A.

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

PHILIP L. FRAIETTA
Tel: 646.837.7150
Fax: 212.989.9163
pfraietta@bursor.com

January 23, 2018

**By ECF:**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:     *Gregorio v. Premier Nutrition Corp.*, Case No. 1:17-cv-05987-AT (S.D.N.Y.)

Dear Judge Torres:

The undersigned represent Plaintiff Joseph Gregorio and Defendant Premier Nutrition Corporation in the above-referenced matter.  We write to inform the Court that the parties have completed mediation before Martin Quinn, Esq. of JAMS, and have reached agreement on the material terms of a class action settlement.  The parties will prepare formal settlement papers, and Plaintiff intends to move for preliminary approval when they are complete.  Given the parties' agreement, they respectfully ask the Court not to rule on Defendant's pending motion to dismiss.

Very truly yours,

*/s Philip L. Fraietta*

Philip L. Fraietta, Plaintiff's Counsel

*/s Aaron D. Van Oort*

Aaron D. Van Oort, Defendant's Counsel

CC:     All counsel of record (via ECF)