# BURSOR & FISHER
### P.A.

**888 SEVENTH AVENUE**  
**NEW YORK, NY 10019**  
**www.bursor.com**

**PHILIP L. FRAIETTA**  
Tel: **646.837.7150**  
Fax: **212.989.9163**  
**pfraietta@bursor.com**

February 21, 2018

*By ECF:*

The Honorable Analisa Torres  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re:   *Gregorio v. Premier Nutrition Corp.*, Case No. 1:17-cv-05987-AT (S.D.N.Y.)

Dear Judge Torres:

The undersigned represent Plaintiff Joseph Gregorio and Defendant Premier Nutrition Corporation in the above-referenced matter. We write to request an extension of time for Plaintiff to file his Motion for Preliminary Approval until April 2, 2018. The current deadline for Plaintiff's motion is March 1, 2018. An extension is needed because time is required to receive and review competitive bids from potential class administrators so as to save money for class members and also to prepare the materials for the class notice and claims programs. The parties are working diligently on these matters, as well as to finalize the formal settlement agreement and supporting materials.

This is the parties' first request for an extension of time. We appreciate the Court's time and attention to this matter.

Very truly yours,

*/s Philip L. Fraietta*

Philip L. Fraietta, Plaintiff's Counsel

*/s Aaron D. Van Oort*

Aaron D. Van Oort, Defendant's Counsel

CC:   All counsel of record (via ECF)