## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH GREGORIO, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>PREMIER NUTRITION CORPORATION,<br><br>                Defendant. | Civil Action No.: 1:17-cv-05987-AT<br><br>**SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Joseph Gregorio ("Plaintiff"), through his undersigned attorneys, Bursor & Fisher, P.A. and Barbat, Mansour & Suciu PLLC, brings this Class Action Complaint against Defendant Premier Nutrition Corporation ("Defendant"), individually and on behalf of all others similarly situated, and complains and alleges upon personal knowledge as to himself and his own acts and experiences and, as to all other matters, upon information and belief, including investigation conducted by his attorneys:

### NATURE OF THE ACTION

1.     Defendant formulates, manufactures, advertises and sells the popular "Premier Protein" branded ready-to-drink ("RTD") protein products (the "Product") throughout the United States, including in New York.  Defendant markets its Product in a systematically misleading manner, by misrepresenting that its Product has specific amounts of protein that it does not in fact contain (the "Misrepresentations").

2.     Because Defendant's sales are driven by consumers seeking protein supplementation, Defendant prominently displays the total protein content of its Product on the front and back of each Product's label.

3.      Plaintiff and each of the Class members accordingly suffered an injury in fact caused by the false, fraudulent, unfair, deceptive, and misleading practices set forth herein, and seek compensatory damages, statutory damages, and injunctive relief.

## JURISDICTION AND VENUE

4.      This Court has original jurisdiction over this controversy pursuant to 28 U.S.C. § 1332(d), Plaintiff's claims and the claims of the other members of the Class exceed $5,000,000 exclusive of interest and costs, and there are numerous Class members who are citizens of states other than Defendant's states of citizenship.

5.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) and (c) because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District and because Defendant transacts business and/or have agents within this District.

## PARTIES

6.      Plaintiff Joseph Gregorio is a citizen of New York who resides in New York, New York.  In the summer of 2015, Mr. Gregorio purchased Premier Protein RTDs from a Vitamin Shoppe retail location in New York, New York.  In 2016, Mr. Gregorio purchased Premier Protein RTDs from a GNC retail location in New York, New York approximately four times.  Also, in the summer of 2016, Mr. Gregorio purchased Premier Protein RTDs from a Walmart retail store in Roseville, Minnesota.  Prior to purchase, Mr. Gregorio carefully read the Premier Protein RTDs labeling, including the representation that it contained "30 g[rams] PROTEIN."  Mr. Gregorio understood this to mean that the Premier Protein RTDs contained 30 grams of protein, and relied on it in that he would not have purchased Premier Protein RTDs, or would have only been willing to pay a substantially reduced price for Premier Protein RTDs, had he known that this representation was false and misleading.

7.     Premier Nutrition Corporation is incorporated in the state of Delaware, with a principal place of business located at 5905 Christine Avenue, Emeryville, CA 94608.

## GENERAL ALLEGATIONS

8.     It is axiomatic that the amount of reported protein contained within Defendant's RTD Product is material to any consumer seeking to purchase a protein supplement.  Accordingly, Defendant fortifies each RTD Product with Milk Protein Concentrate, Calcium Caseinate, and Whey Protein Concentrate. These protein sources differ from raw milk because they are processed to include a higher concentration of protein and remove much of the fats and carbohydrates traditionally found in milk and other naturally occurring beverages. Thus, the type of concentrated protein within the Product is particularly prized.

9.     Defendant labels and advertises all of its Product in a manner that highlights the amount of added protein contained within. Each Product lists its respective protein content on each Product's front label, directly below the title of the Product, as well as on the back-nutritional label.   Such representations constitute an express warranty regarding the Product's protein content.

10.     Defendant's RTD product label plainly states that it fortified with 30 grams of protein on the front of the packaging and also indicates that there are 30 grams of protein per bottle in the Nutrition Facts section[1]:

---

[1] All product images contained within this complaint were taken from Defendant's website.





**Nutrition Facts**

Serving Size          1 Shake (11 fl oz) (325 mL)
Servings Per Container 1

| Amount Per Serving | |
| --- | --- |
| Calories 160 | Calories from Fat      25 |

| | % Daily Value * |
| --- | --- |
| **Total Fat** 3g | **5%** |
| Saturated Fat 1g | **5%** |
| Trans Fat 0g | |
| **Cholesterol** 20mg | **7%** |
| **Sodium** 210mg | **9%** |
| **Potassium** 450mg | **13%** |
| **Total Carbohydrate** 5g | **2%** |
| Dietary Fiber 3g | **12%** |
| Sugars 1g | |
| **Protein** 30g | **60%** |

| | | |
| --- | --- | --- |
| Vitamin A 25% | * | Vitamin C  25% |
| Calcium 50% | * | Iron  25% |
| Vitamin D 25% | * | Vitamin E 25% |
| Vitamin K 25% | * | Thiamin 25% |
| Riboflavin 25% | * | Niacin 25% |
| Vitamin B6 25% | * | Folate 25% |
| Vitamin B12 25% | * | Biotin 25% |
| Pantothenic Acid 25% | * | Phosphorus 50% |
| Iodine 25% | * | Magnesium 25% |
| Zinc 25% | * | Selenium 25% |
| Copper 25% | * | Manganese 25% |
| Chromium 25% | * | Molybdenum 25% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your caloric needs.

| | | Calories: | 2,000 | 2,500 |
| --- | --- | --- | --- | --- |
| Total Fat | | Less than | 65g | 80g |
| Sat Fat | | Less than | 20g | 25g |
| Cholesterol | | Less than | 300mg | 300mg |
| Sodium | | Less than | 2,400mg | 2,400mg |
| Potassium | | | 3,500mg | 3,500mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat      9    *    Carbohydrate 4    *    Protein 4

11.     However, based upon testing commissioned by Plaintiff's attorneys, the RTD Product were only shown to contain between 26.9 grams and 28.34 grams.  A true and correct copy of the RTD Product testing commissioned by Plaintiff's attorneys is attached hereto as **Exhibit A**.

12.     Pursuant to 21 U.S.C. § 321(f), Defendant's Product constitutes a "food" regulated by the FDCA, 21 U.S.C. § 301, *et seq.*, and other FDCA regulations.

13.     Defendant's false, deceptive and misleading label statements violate 21 U.S.C. § 343(a)(1) and the so-called "little FDCA" statutes adopted by many states[2], which deem food misbranded when "its labeling is false or misleading in any particular."

---

[2] *See, e.g.*, New York Consolidated Laws, Agriculture and Markets Law - AGM § 201.

14.     Defendant's false, deceptive and misleading label statements are unlawful under state Unfair and Deceptive Acts and Practices Statutes and/or Consumer Protection Acts, which prohibit unfair, deceptive or unconscionable acts in the conduct of trade or commerce.

15.     New York has expressly adopted the federal food labeling requirements as its own. Thus, a violation of federal food labeling laws is an independent violation of New York law and actionable as such.

16.     The introduction of misbranded food into interstate commerce is prohibited under the FDCA and all state parallel statutes cited in this Class Action Complaint.

17.     Defendant intended for Plaintiff and the Class members to be misled.

18.     Defendant's misleading and deceptive practices proximately caused harm to the Plaintiff and the Class.

## CLASS ACTION ALLEGATIONS

19.     Plaintiff brings this action individually and as representatives of all those similarly situated pursuant to Federal Rule of Civil Procedure 23 on behalf of the below-defined Classes:

> **National Class:** All persons in the United States that purchased the Product.
>
> **Consumer Fraud Multi-State Class:** All persons in the states of California, Florida, Illinois, Massachusetts, Michigan, Minnesota, Missouri, New Jersey, New York, and Washington that purchased the Product.[3]
>
> **New York Subclass:**  All persons in the state of New York that purchased the Product.

---

[3] The states in the Consumer Fraud Multi-State Class are limited to those states with similar consumer fraud laws under the facts of this case: California (Cal. Bus. & Prof. Code § 17200, *et seq.*); Florida (Fla. Stat. § 501.201, *et seq.*); Illinois  (815 Ill. Comp. Stat. 505/1, *et seq.*); Massachusetts (Mass. Gen. Laws Ch. 93A, *et seq.*); Michigan (Mich.  Comp. Laws § 445.901, *et seq.*); Minnesota (Minn. Stat. § 325F.67, *et seq.*); Missouri (Mo. Rev. Stat. §407.010, *et seq.*); New Jersey (N.J. Stat. § 56:8-1, *et seq.*); New York (N.Y. Gen. Bus. Law §§ 349, 350 *et seq.*); and Washington (Wash. Rev. Code § 19.86.010, *et seq.*).

Excluded from the Classes are Defendant and its affiliates, parents, subsidiaries, employees, officers, agents, and directors.  Also excluded are any judicial officers presiding over this matter and the members of their immediate families and judicial staff.

20.      Certification of Plaintiff's claims for class-wide treatment is appropriate because Plaintiff can prove the elements of his claims on a class-wide basis using the same evidence as would be used to prove those elements in individual actions alleging the same claims.

21.      **Numerosity – Federal Rule of Civil Procedure 23(a)(1).** The members of the Classes are so numerous that their individual joinder herein is impracticable. On information and belief, Class members number in the thousands to millions. The precise number of Class members and their addresses are presently unknown to Plaintiff, but may be ascertained from Defendant's books and records. Class members may be notified of the pendency of this action by mail, email, Internet postings, and/or publication.

22.      **Commonality and Predominance – Federal Rule of Civil Procedure 23(a)(2) and 23(b)(3).** Common questions of law and fact exist as to all Class members and predominate over questions affecting only individual Class members. Such common questions of law or fact include:

    a.   The true nature and quality of the protein in the Product;

    b.   Whether the marketing, advertising, packaging, labeling, and other promotional materials for the Products are deceptive;

    c.   Whether Defendant's actions violate  the state consumer fraud statutes invoked below;

    d.   Whether Defendant breached an express warranty to Plaintiff and Class members; and

   e. Whether Defendant was unjustly enriched at the expense of the Plaintiff and Class members.

23. Defendant engaged in a common course of conduct giving rise to the legal rights sought to be enforced by Plaintiff, on behalf of himself and the other Class members. Similar or identical statutory and common law violations, business practices, and injuries are involved. Individual questions, if any, pale by comparison, in both quality and quantity, to the numerous common questions that dominate this action.

24. **Typicality – Federal Rule of Civil Procedure 23(a)(3).** Plaintiff's claims are typical of the claims of the other members of the Classes because, among other things, all Class members were comparably injured through Defendant's uniform misconduct described above. Further, there are no defenses available to Defendant that are unique to Plaintiff.

25. **Adequacy of Representation – Federal Rule of Civil Procedure 23(a)(4).** Plaintiff is an adequate Class representatives because his interests do not conflict with the interests of the other Class members he seeks to represent, he has retained counsel competent and experienced in complex class action litigation, and they will prosecute this action vigorously. The Classes' interests will be fairly and adequately protected by Plaintiff and his counsel.

26. **Insufficiency of Separate Actions – Federal Rule of Civil Procedure 23(b)(1).** Absent a representative class action, members of the Classes would continue to suffer the harm described herein, for which they would have no remedy. Even if separate actions could be brought by individual consumers, the resulting multiplicity of lawsuits would cause undue hardship and expense for both the Court and the litigants, as well as create a risk of inconsistent rulings and adjudications that might be dispositive of the interests of similarly situated purchasers, substantially impeding their ability to protect their interests, while establishing incompatible

standards of conduct for Defendant. The proposed Classes thus satisfy the requirements of Fed. R. Civ. P. 23(b)(1).

27.     **Declaratory and Injunctive Relief – Federal Rule of Civil Procedure 23(b)(2).** Defendant has acted or refused to act on grounds generally applicable to Plaintiff and the other members of the Classes, thereby making appropriate final injunctive relief and declaratory relief, as described below, with respect to the members of the Classes as a whole.

28.     **Superiority – Federal Rule of Civil Procedure 23(b)(3).** A class action is superior to any other available means for the fair and efficient adjudication of this controversy, and no unusual difficulties are likely to be encountered in the management of this class action. The damages or other financial detriment suffered by Plaintiff and the other members of the Classes are relatively small compared to the burden and expense that would be required to individually litigate their claims against Defendant, so it would be impracticable for Class members to individually seek redress for Defendant's wrongful conduct. Even if Class members could afford individual litigation, the court system could not. Individualized litigation creates a potential for inconsistent or contradictory judgments, and increases the delay and expense to all parties and the court system. By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court.

## COUNT I
## Violation Of State Consumer Fraud Acts
## (On Behalf Of The Multi-State Class)

29.     Plaintiff incorporates paragraphs 1-30 as if fully set forth herein.

30.     The Consumer Fraud Acts of the states in the Consumer Fraud Multi-State Class[4]

prohibit the use of unfair or deceptive business practices in the conduct of trade or commerce.

31.      Defendant intended that Plaintiff and each of the other members of the Consumer

Fraud Multi-State Class would rely upon their deceptive conduct, and a reasonable person would

in fact be misled by this deceptive conduct.

32.     As a result of the Defendant's use or employment of unfair or deceptive acts or

business practices, Plaintiff and each of the other members of the Consumer Fraud Multi-State

Class have sustained damages in an amount to be proven at trial.

33.     In addition, Defendant's conduct showed malice, motive, and the reckless disregard

of the truth such that an award of punitive damages is appropriate.

## COUNT II
## Deceptive Acts Or Practices, New York GBL § 349
## (In The Alternative To Count I And On Behalf Of The New York Subclass)

34.     Plaintiff incorporates paragraphs 1-35 as if fully set forth herein.

35.     Plaintiff brings this claim individually and on behalf of the members of the New

York Subclass against Defendant.

36.     By the acts and conduct alleged herein, Defendant committed unfair or deceptive

acts and practices by making the Misrepresentations.

---

[4] California (Cal. Bus. & Prof. Code § 17200, *et seq.*); Florida (Fla. Stat. § 501.201, *et seq.*); Illinois (815 Ill. Comp. Stat. 505/1, *et seq.*); Massachusetts (Mass. Gen. Laws Ch. 93A, *et seq.*); Michigan (Mich. Comp. Laws § 445.901, *et seq.*); Minnesota (Minn. Stat. § 325F.67, *et seq.*); Missouri (Mo. Rev. Stat. § 407.010, *et seq.*); New Jersey (N.J. Stat. § 56:8-1, *et seq.*); New York (N.Y. Gen. Bus. Law §§ 349, 350, *et seq.*); and Washington (Wash. Rev. Code § 19.86.010, *et seq.*).

37.     The foregoing deceptive acts and practices were directed at consumers.

38.     The foregoing deceptive acts and practices are misleading in a material way because they fundamentally misrepresent the characteristics, ingredients, and benefits of the Products to induce consumers to purchase same.

39.     Plaintiff and members of the New York Subclass were injured because:  (a) they would not have purchased the Product if they had known that the Product did not contain the represented protein content; (b) they paid a price premium for the Product based on Defendant's Misrepresentations; and (c) the Product does not have the characteristics, uses, or benefits as promised, namely the represented protein content.  As a result, Plaintiff and members of the New York Subclass have been damaged either in the full amount of the purchase price of the Product or in the difference in value between the Product as warranted and the Product as actually sold.

40.     On behalf of himself and other members of the New York Subclass, Plaintiff seeks to enjoin the unlawful acts and practices described herein, to recover his actual damages or fifty dollars, whichever is greater, three times actual damages, and reasonable attorneys' fees.

## COUNT III
## False Advertising, New York GBL § 350
### (In The Alternative To Count I And On Behalf Of The New York Subclass)

41.     Plaintiff incorporates paragraphs 1-40 as if fully set forth herein.

42.     Plaintiff brings this claim individually and on behalf of the members of the New York Subclass against Defendant.

43.     Based on the foregoing, Defendant has engaged in consumer-oriented conduct that is deceptive or misleading in a material way which constitutes false advertising in violation of Section 350 of the New York GBL.

44.     Defendant's false, misleading, and deceptive statements and representations of fact, including but not limited to, the Misrepresentations, were and are directed to consumers.

45.     Defendant's false, misleading, and deceptive statements and representations of fact, including but not limited to the Misrepresentations, were and are likely to mislead a reasonable consumer acting reasonably under the circumstances.

46.     Defendant's false, misleading, and deceptive statements and representations of fact, including but not limited to the Misrepresentations, have resulted in consumer injury or harm to the public interest.

47.     Plaintiff and members of the New York Subclass have been injured because:  (a) they would not have purchased the Product if they had known that the Product did not contain the represented protein content; (b) they paid a price premium for the Product based on Defendant's Misrepresentations; and (c) the Product does not have the characteristics, uses, or benefits as promised, namely the represented protein content.  As a result, Plaintiff and members of the New York Subclass have been damaged either in the full amount of the purchase price of the Product or in the difference in value between the Product as warranted and the Product as actually sold.

48.     As a result of Defendant's false, misleading, and deceptive statements and representations of fact, including but not limited to the Misrepresentations, Plaintiff has suffered and will continue to suffer economic injury.

49.     Plaintiff and members of the New York Subclass suffered an ascertainable loss caused by Defendant's Misrepresentations because they paid more for the Products than they would have had they known the truth about the Products.

50.     On behalf of himself and other members of the New York Subclass, Plaintiff seeks to enjoin the unlawful acts and practices described herein, to recover his actual damages or five hundred dollars, whichever is greater, three times actual damages, and reasonable attorneys' fees.

## COUNT IV
### Breach Of Express Warranty
### (On Behalf Of The National Class)

51.     Plaintiff incorporates paragraphs 1-50 as if fully set forth herein.

52.     Plaintiff, and each member of the National Class, formed a contract with Defendant at the time Plaintiff and the other National Class members purchased the Products.  The terms of the contract included the promises and affirmations of fact made by Defendant on the Product's packaging and throughout its marketing and advertising, including the total protein count contained in the Product. This labeling, marketing and advertising constitute express warranties and became part of the basis of the bargain, and are part of the standardized contract between Plaintiff and the members of the National Class and Defendant.

53.     Defendant purports through their advertising, labeling, marketing and packaging to create an express warranty that the Product contained a specific protein content.

54.     Plaintiff and the National Class performed all conditions precedent to Defendant's liability under this contract when they purchased the Product.

55.     Defendant breached express warranties about the Product and their qualities because Defendant's statements about the Product was false and the Product does not conform to Defendant's affirmations and promises described above.

56.     Plaintiff and each of the members of the National Class would not have purchased the Product had they known the true nature of the Product's ingredients and what the Product did and did not contain.

57.     As a result of Defendant's breach of express warranty, Plaintiff and each of the members of the National Class have been damaged in the amount of the purchase price of the Product and any consequential damages resulting from the purchases.

58.     On July 24, 2017, prior to filing this action, Plaintiff's counsel sent Defendant a pre-suit notice letter, via certified mail return receipt requested, that complied in all respects with U.C.C. §§ 2-313, 2-607. Plaintiff's counsel sent Defendant a letter advising them that they breached an express warranty and demanded that they cease and desist from such breaches and make full restitution by refunding the monies received therefrom.

### COUNT V
**Unjust Enrichment**
**(In The Alternative To Count IV And On Behalf Of The National Class)**

59.     Plaintiff incorporates paragraphs 1-58 as if fully set forth herein.

60.     Plaintiff and the other members of the National Class conferred benefits on Defendant by purchasing the Product.

61.     Defendant has been unjustly enriched in retaining the revenues derived from Plaintiff and the other members of the National Class' purchase of the Product. Retention of those monies under these circumstances is unjust and inequitable because Defendant's labeling of the Product was misleading to consumers, which caused injuries to Plaintiff and the other members of the National Class because they would have not purchased the Product if the true facts would have been known.

62.     Because Defendant's retention of the non-gratuitous benefits conferred on them by Plaintiff and the other members of the National Class is unjust and inequitable, Defendant must pay restitution to Plaintiff and the other members of the National Class for their unjust enrichment, as ordered by the Court.

## COUNT VI
### Violation Of The Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301, *et seq.*
### (On Behalf Of The National Class)

63.     Plaintiff incorporates paragraphs 1-62 as if fully set forth herein.

64.     The Product is a consumer product as defined in 15 U.S.C. § 2301(1).

65.     Plaintiff and Class members are consumers as defined in 15 U.S.C. § 2301(3).

66.     Defendant is a supplier and warrantor as defined in 15 U.S.C. § 2301(4) and (5).

67.     In connection with the sale of the Product, Defendant issued written warranties as defined in 15 U.S.C. § 2301(6), which warranted that the Product did, in fact, contain "30 g[rams] PROTEIN."

68.     In fact, the Product do not contain 30 grams of protein.

69.     By reason of Defendant's breach of warranty, Defendant violated the statutory rights due to Plaintiff and Class members pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301, *et seq.*, thereby damaging Plaintiff and Class members.

70.     Plaintiff and Class members have been injured because: (a) they would not have purchased the Product if they had known that the Product did not contain the represented protein content; (b) they paid a price premium for the Product based on Defendant's Misrepresentations; and (c) the Product does not have the characteristics, uses, or benefits as promised, namely the represented protein content.  As a result, Plaintiff and Class members have been damaged either in the full amount of the purchase price of the Product or in the difference in value between the Product as warranted and the Product as actually sold.

## COUNT VII
### (Fraud)

71.     Plaintiff incorporates paragraphs 1-70 as if fully set forth herein.

72.     Plaintiff brings this claim individually and on behalf of the members of the proposed Class and New York Subclass against Defendant.

73.     As discussed above, Defendant provided Plaintiff and Class members with false or misleading material information about the Product, including but not limited to the fact that the Product contains less protein than what is represented on the Product's packaging.   These misrepresentations and omissions were made with knowledge of their falsehood.

74.     The misrepresentations and omissions made by Defendant, upon which Plaintiff and Class members reasonably and justifiably relied, were intended to induce and actually induced Plaintiff and Class members to purchase the Product.

75.     The fraudulent actions of Defendant caused damage to Plaintiff and Class members, who are entitled to damages and other legal and equitable relief as a result.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff and the other Class members respectfully request that the Court:

A.     Certify the Classes pursuant to Rule 23 of the Federal Rules of Civil Procedure;

B.     Award damages, including compensatory, exemplary, statutory, incidental, consequential, actual, and punitive damages to Plaintiff and the Classes in an amount to be determined at trial;

C.     Award Plaintiff and the Classes their expenses and costs of the suit, pre-judgment interest, post-judgment interest, and reasonable attorneys' fees;

D.     Grant restitution to Plaintiff and the Classes and require Defendant to disgorge their ill-gotten gains;

E.     Permanently enjoin Defendant from engaging in the unlawful conduct set forth herein; and

F.     Grant any and all such other relief as the Court deems appropriate.

Dated:  April 2, 2018                                    Respectfully submitted,

                                                        _____*/s/ Philip L. Fraietta*_____
                                                        Joseph I. Marchese
                                                        *jmarchese@bursor.com*
                                                        Philip L. Fraietta
                                                        *pfraietta@bursor.com*
                                                        Frederick J. Klorczyk III
                                                        *fklorczyk@bursor.com*
                                                        **BURSOR & FISHER, P.A.**
                                                        888 Seventh Avenue
                                                        New York, New York 10019
                                                        Phone:  646.837.7150
                                                        Fax:  212.989.9163

                                                        L. Timothy Fisher (*Pro Hac Vice*)
                                                        *ltfisher@bursor.com*
                                                        **BURSOR & FISHER, P.A.**
                                                        1990 North California Blvd., Suite 940
                                                        Walnut Creek, CA 94596
                                                        Phone:  925.300.4455
                                                        Fax:  925.407.2700

                                                        Nick Suciu III (*Pro Hac Vice*)
                                                        *nicksuciu@bmslawyers.com*
                                                        **BARBAT, MANSOUR & SUCIU PLLC**
                                                        1644 Bracken Rd.
                                                        Bloomfield Hills, Michigan 48302
                                                        Phone: 313.303.3472

                                                        Anne Barker (*Pro Hac Vice*)
                                                        *Abarker.consumerlawgroup@gmail.com*
                                                        **Consumer Law Group PC**
                                                        306 Joy Street
                                                        Fort Oglethorpe, Georgia 30742
                                                        Phone: 706.858.0325

                                                        ***Counsel For Plaintiff***
                                                        ***And The Proposed Class***

**EXHIBIT A**

# eurofins

## Nutrition Analysis Center

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

**Eurofins Sample Code:** 464-2017-01060397
**Sample Description:** 500515 6250P1FFA Premier Protein Strawberries & Cream (325g) ss=325g
**Client Sample Code:** 1701071-01
**PO Number:** 1701071

**Entry Date:** 01/06/2017
**Reporting Date:** 01/11/2017

Eurofins Frontier Global Services, Inc.
attn:  Maricris Dela Rosa
11720 N Creek Pkwy N Ste. 400
Bothell, WA 98011

Eurofins Frontier Global Services, Inc.
Attn:  Amy Goodall
11720 N Creek Pkwy N Ste. 400
Bothell, WA 98011

# CERTIFICATE OF ANALYSIS

## AR-17-QD-004587-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|---|---|---|---|
| **QD275 - Serving Size (Customer Supplied)** | | | **Completed: 01/09/2017** |
| No Reference | | | |
| Unit weight | 325.0000 g | 325.0000 g | |
| Units per serving | 1 | 1 | 1 |
| Serving Size | 325.00 g | 325.00 g | 325 g/serving |
| **QD252 - Protein - Combustion** | | | **Completed: 01/10/2017** |
| AOAC 990.03; AOAC 992.15 | | | |
| * Protein | 8.39 % | 27.27 g/Serving | |
| **QD198 - Sodium by ICP** | | | **Completed: 01/10/2017** |
| AOAC 965.17 / 985.01 mod. | | | |
| * Sodium | 86 mg/100 g | 280 mg/Serving | |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | | **Completed: 01/11/2017** |
| AOAC 999.13 mod. | | | |
| Alanine (Free) | <0.01 % | <0.04 g/Serving | |
| Arginine (Free) | <0.01 % | <0.04 g/Serving | |
| Aspartic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Cystine, free | <0.01 % | <0.04 g/Serving | |
| Glutamic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Glycine (Free) | <0.01 % | <0.04 g/Serving | |
| Histidine (Free) | <0.01 % | <0.04 g/Serving | |
| Isoleucine (Free) | <0.01 % | <0.04 g/Serving | |
| Leucine (Free) | <0.01 % | <0.04 g/Serving | |
| Lysine (Free) | <0.01 % | <0.04 g/Serving | |
| Methionine (Free) | <0.01 % | <0.04 g/Serving | |
| Phenylalanine (Free) | <0.01 % | <0.04 g/Serving | |
| Proline (Free) | <0.01 % | <0.04 g/Serving | |
| Serine (Free) | <0.01 % | <0.04 g/Serving | |
| Threonine (Free) | <0.01 % | <0.04 g/Serving | |
| Tyrosine (Free) | <0.01 % | <0.04 g/Serving | |
| Valine (Free) | <0.01 % | <0.04 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | | **Completed: 01/11/2017** |
| AOAC 999.13 mod. | | | |
| Sum of Amino Acids | <0.01 % | <0.04 g/Serving | |

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 1 of 2
Certificate of Analysis: AR-17-QD-004587-01

eurofins

**Eurofins Sample Code:** 464-2017-01060397
**Client Sample Code:** 1701071-01


*The test result is covered by our current A2LA accreditation.*


Respectfully Submitted,
Eurofins Scientific Inc.

_____
David Gross
Support Services Manager

Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.



Chemical Testing
Cert:2927:01

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2

# eurofins

## Nutrition Analysis Center

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

**Eurofins Sample Code:** 464-2017-01060398
**Sample Description:** 500516 6263P1FIA Premier Protein Bananas & Cream (325g) ss=325g
**Client Sample Code:** 1701071-02
**PO Number:** 1701071

**Entry Date:** 01/06/2017
**Reporting Date:** 01/11/2017

Eurofins Frontier Global Services, Inc.
attn:  Maricris Dela Rosa
11720 N Creek Pkwy N Ste. 400
Bothell, WA 98011

Eurofins Frontier Global Services, Inc.
Attn:  Amy Goodall
11720 N Creek Pkwy N Ste. 400
Bothell, WA 98011

# CERTIFICATE OF ANALYSIS

### AR-17-QD-004588-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|------|-------------|-------------|-------------------|
| **QD275 - Serving Size (Customer Supplied)** | | | **Completed: 01/09/2017** |
| No Reference | | | |
| Unit weight | 325.0000 g | 325.0000 g | |
| Units per serving | 1 | 1 | 1 |
| Serving Size | 325.00 g | 325.00 g | 325 g/serving |
| **QD252 - Protein - Combustion** | | | **Completed: 01/10/2017** |
| AOAC 990.03; AOAC 992.15 | | | |
| * Protein | 8.43 % | 27.40 g/Serving | |
| **QD198 - Sodium by ICP** | | | **Completed: 01/10/2017** |
| AOAC 965.17 / 985.01 mod. | | | |
| * Sodium | 82 mg/100 g | 265 mg/Serving | |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | | **Completed: 01/11/2017** |
| AOAC 999.13 mod. | | | |
| Alanine (Free) | <0.01 % | <0.04 g/Serving | |
| Arginine (Free) | <0.01 % | <0.04 g/Serving | |
| Aspartic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Cystine, free | <0.01 % | <0.04 g/Serving | |
| Glutamic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Glycine (Free) | <0.01 % | <0.04 g/Serving | |
| Histidine (Free) | <0.01 % | <0.04 g/Serving | |
| Isoleucine (Free) | <0.01 % | <0.04 g/Serving | |
| Leucine (Free) | <0.01 % | <0.04 g/Serving | |
| Lysine (Free) | <0.01 % | <0.04 g/Serving | |
| Methionine (Free) | <0.01 % | <0.04 g/Serving | |
| Phenylalanine (Free) | <0.01 % | <0.04 g/Serving | |
| Proline (Free) | <0.01 % | <0.04 g/Serving | |
| Serine (Free) | <0.01 % | <0.04 g/Serving | |
| Threonine (Free) | <0.01 % | <0.04 g/Serving | |
| Tyrosine (Free) | <0.01 % | <0.04 g/Serving | |
| Valine (Free) | <0.01 % | <0.04 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | | **Completed: 01/11/2017** |
| AOAC 999.13 mod. | | | |
| Sum of Amino Acids | <0.01 % | <0.04 g/Serving | |

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 1 of 2
Certificate of Analysis: AR-17-QD-004588-01

AR-17-QD-004588-01

**Eurofins Sample Code:** 464-2017-01060398
**Client Sample Code:** 1701071-02

*\*The test result is covered by our current A2LA accreditation.*

Respectfully Submitted,
Eurofins Scientific Inc.



Chemical Testing
Cert:2927:01

David Gross
Support Services Manager
Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2

# eurofins

## Nutrition Analysis Center

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

**Eurofins Sample Code:** 464-2017-01060399
**Sample Description:** 500517 6259P1FFA Premier Protein Vanilla (325g) ss=325g
**Client Sample Code:** 1701071-03
**PO Number:** 1701071
**Client Code:** QD0005259

**Entry Date:** 01/06/2017
**Reporting Date:** 01/11/2017

Eurofins Frontier Global Services, Inc.
attn:  Maricris Dela Rosa
11720 N Creek Pkwy N Ste. 400
Bothell, WA 98011

Eurofins Frontier Global Services, Inc.
Attn:  Amy Goodall
11720 N Creek Pkwy N Ste. 400
Bothell, WA 98011

# CERTIFICATE OF ANALYSIS

## AR-17-QD-004589-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|---|---|---|---|
| **QD275 - Serving Size (Customer Supplied)** | | | **Completed: 01/09/2017** |
| No Reference | | | |
| Unit weight | 325.0000 g | 325.0000 g | |
| Units per serving | 1 | 1 | 1 |
| Serving Size | 325.00 g | 325.00 g | 325 g/serving |
| **QD252 - Protein - Combustion** | | | **Completed: 01/10/2017** |
| AOAC 990.03; AOAC 992.15 | | | |
| * Protein | 8.28 % | 26.91 g/Serving | |
| **QD198 - Sodium by ICP** | | | **Completed: 01/10/2017** |
| AOAC 965.17 / 985.01 mod. | | | |
| * Sodium | 84 mg/100 g | 273 mg/Serving | |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | | **Completed: 01/11/2017** |
| AOAC 999.13 mod. | | | |
| Alanine (Free) | <0.01 % | <0.04 g/Serving | |
| Arginine (Free) | <0.01 % | <0.04 g/Serving | |
| Aspartic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Cystine, free | <0.01 % | <0.04 g/Serving | |
| Glutamic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Glycine (Free) | <0.01 % | <0.04 g/Serving | |
| Histidine (Free) | <0.01 % | <0.04 g/Serving | |
| Isoleucine (Free) | <0.01 % | <0.04 g/Serving | |
| Leucine (Free) | <0.01 % | <0.04 g/Serving | |
| Lysine (Free) | <0.01 % | <0.04 g/Serving | |
| Methionine (Free) | <0.01 % | <0.04 g/Serving | |
| Phenylalanine (Free) | <0.01 % | <0.04 g/Serving | |
| Proline (Free) | <0.01 % | <0.04 g/Serving | |
| Serine (Free) | <0.01 % | <0.04 g/Serving | |
| Threonine (Free) | <0.01 % | <0.04 g/Serving | |
| Tyrosine (Free) | <0.01 % | <0.04 g/Serving | |
| Valine (Free) | <0.01 % | <0.04 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | | **Completed: 01/11/2017** |
| AOAC 999.13 mod. | | | |
| Sum of Amino Acids | <0.01 % | <0.04 g/Serving | |

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 1 of 2
Certificate of Analysis: AR-17-QD-004589-01

**eurofins**

AR-17-QD-004589-01

**Eurofins Sample Code:** 464-2017-01060399
**Client Sample Code:** 1701071-03

*The test result is covered by our current A2LA accreditation.*

Respectfully Submitted,
Eurofins Scientific Inc.

_____
David Gross
Support Services Manager
Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.



Chemical Testing
Cert:2927:01

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2

# eurofins

## Nutrition Analysis Center

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

---

**Eurofins Sample Code:** 464-2017-02170741                                    **Entry Date:** 02/17/2017
**Sample Description:** 500654 6318P1FFA Premier Protein Strawberries & Cream    **Reporting Date:** 02/22/2017
(325 ml) ss=325g
**Client Sample Code:** 1702450-01
**PO Number:** 1702450

Eurofins Frontier Global Services, Inc.                    Eurofins Frontier Global Services, Inc.
attn:  Maricris Dela Rosa                                          Attn:  Amy Goodall
11720 N. Creek Pkwy. N.                                       11720 N. Creek Pkwy. N.
Ste. 400                                                                          Ste. 400
Bothell, Washington 98011                                          Bothell, WA 98011

---

# CERTIFICATE OF ANALYSIS

## AR-17-QD-026823-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|------|-------------|-------------|-------------------|
| **QD275 - Serving Size (Customer Supplied)** | | | **Completed: 02/20/2017** |
| No Reference | | | |
| Unit weight | 325.0000 g | 325.0000 g | |
| Units per serving | 1 | 1 | 1 |
| Serving Size | 325.00 g | 325.00 g | 325 g/serving |
| **QD252 - Protein - Combustion** | | | **Completed: 02/22/2017** |
| AOAC 990.03; AOAC 992.15 | | | |
| * Protein | 8.38 % | 27.24 g/Serving | |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | | **Completed: 02/22/2017** |
| AOAC 999.13 mod. | | | |
| Alanine (Free) | <0.01 % | <0.04 g/Serving | |
| Arginine (Free) | <0.01 % | <0.04 g/Serving | |
| Aspartic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Cystine, free | <0.01 % | <0.04 g/Serving | |
| Glutamic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Glycine (Free) | <0.01 % | <0.04 g/Serving | |
| Histidine (Free) | <0.01 % | <0.04 g/Serving | |
| Isoleucine (Free) | <0.01 % | <0.04 g/Serving | |
| Leucine (Free) | <0.01 % | <0.04 g/Serving | |
| Lysine (Free) | <0.01 % | <0.04 g/Serving | |
| Methionine (Free) | <0.01 % | <0.04 g/Serving | |
| Phenylalanine (Free) | <0.01 % | <0.04 g/Serving | |
| Proline (Free) | <0.01 % | <0.04 g/Serving | |
| Serine (Free) | <0.01 % | <0.04 g/Serving | |
| Threonine (Free) | <0.01 % | <0.04 g/Serving | |
| Tyrosine (Free) | <0.01 % | <0.04 g/Serving | |
| Valine (Free) | <0.01 % | <0.04 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | | **Completed: 02/22/2017** |
| AOAC 999.13 mod. | | | |
| Sum of Amino Acids | <0.01 % | <0.04 g/Serving | |

*The test result is covered by our current A2LA accreditation.

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 1 of 2
Certificate of Analysis: AR-17-QD-026823-01

AR-17-QD-026823-01

**Eurofins Sample Code:** 464-2017-02170741
**Client Sample Code:** 1702450-01

Respectfully Submitted,
Eurofins Scientific Inc.

David Gross
Support Services Manager
Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.



Chemical Testing
Cert:2927:01

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2

# eurofins

**Nutrition Analysis Center**

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

**Eurofins Sample Code:** 464-2017-02170742
**Sample Description:** 500655 6263P1FHA Premier Protein Bananas & Cream (325 ml) ss=325g
**Client Sample Code:** 1702450-02
**PO Number:** 1702450

**Entry Date:** 02/17/2017
**Reporting Date:** 02/22/2017

Eurofins Frontier Global Services, Inc.
attn:  Maricris Dela Rosa
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, Washington 98011

Eurofins Frontier Global Services, Inc.
Attn:  Amy Goodall
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, WA 98011

# CERTIFICATE OF ANALYSIS

## AR-17-QD-026824-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|---|---|---|---|
| **QD275 - Serving Size (Customer Supplied)** | | **Completed: 02/20/2017** | |
| No Reference | | | |
| Unit weight | 325.0000 g | 325.0000 g | |
| Units per serving | 1 | 1 | 1 |
| Serving Size | 325.00 g | 325.00 g | 325 g/serving |
| **QD252 - Protein - Combustion** | | **Completed: 02/22/2017** | |
| AOAC 990.03; AOAC 992.15 | | | |
| * Protein | 8.40 % | 27.30 g/Serving | |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | **Completed: 02/22/2017** | |
| AOAC 999.13 mod. | | | |
| Alanine (Free) | <0.01 % | <0.04 g/Serving | |
| Arginine (Free) | <0.01 % | <0.04 g/Serving | |
| Aspartic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Cystine, free | <0.01 % | <0.04 g/Serving | |
| Glutamic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Glycine (Free) | <0.01 % | <0.04 g/Serving | |
| Histidine (Free) | <0.01 % | <0.04 g/Serving | |
| Isoleucine (Free) | <0.01 % | <0.04 g/Serving | |
| Leucine (Free) | <0.01 % | <0.04 g/Serving | |
| Lysine (Free) | <0.01 % | <0.04 g/Serving | |
| Methionine (Free) | <0.01 % | <0.04 g/Serving | |
| Phenylalanine (Free) | <0.01 % | <0.04 g/Serving | |
| Proline (Free) | <0.01 % | <0.04 g/Serving | |
| Serine (Free) | <0.01 % | <0.04 g/Serving | |
| Threonine (Free) | <0.01 % | <0.04 g/Serving | |
| Tyrosine (Free) | <0.01 % | <0.04 g/Serving | |
| Valine (Free) | <0.01 % | <0.04 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | **Completed: 02/22/2017** | |
| AOAC 999.13 mod. | | | |
| Sum of Amino Acids | <0.01 % | <0.04 g/Serving | |

*The test result is covered by our current A2LA accreditation.*

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 1 of 2
Certificate of Analysis: AR-17-QD-026824-01

AR-17-QD-026824-01

**Eurofins Sample Code:** 464-2017-02170742
**Client Sample Code:** 1702450-02

Respectfully Submitted,
Eurofins Scientific Inc.

David Gross
Support Services Manager

Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.



Chemical Testing
Cert:2927:01

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2

# eurofins

## Nutrition Analysis Center

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

---

**Eurofins Sample Code:** 464-2017-02170743
**Sample Description:** 500656 6264P1FFA Premier Protein Carmel (325 ml)
ss=325g
**Client Sample Code:** 1702450-03
**PO Number:** 1702450

**Entry Date:** 02/17/2017
**Reporting Date:** 02/22/2017

Eurofins Frontier Global Services, Inc.
attn:  Maricris Dela Rosa
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, Washington 98011

Eurofins Frontier Global Services, Inc.
Attn:  Amy Goodall
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, WA 98011

# CERTIFICATE OF ANALYSIS

AR-17-QD-026825-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|---|---|---|---|
| **QD275 - Serving Size (Customer Supplied)** | | **Completed: 02/20/2017** | |
| No Reference | | | |
| Unit weight | 325.0000 g | 325.0000 g | |
| Units per serving | 1 | 1 | 1 |
| Serving Size | 325.00 g | 325.00 g | 325 g/serving |
| **QD252 - Protein - Combustion** | | **Completed: 02/22/2017** | |
| AOAC 990.03; AOAC 992.15 | | | |
| * Protein | 8.44 % | 27.43 g/Serving | |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | **Completed: 02/22/2017** | |
| AOAC 999.13 mod. | | | |
| Alanine (Free) | <0.01 % | <0.04 g/Serving | |
| Arginine (Free) | <0.01 % | <0.04 g/Serving | |
| Aspartic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Cystine, free | <0.01 % | <0.04 g/Serving | |
| Glutamic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Glycine (Free) | <0.01 % | <0.04 g/Serving | |
| Histidine (Free) | <0.01 % | <0.04 g/Serving | |
| Isoleucine (Free) | <0.01 % | <0.04 g/Serving | |
| Leucine (Free) | <0.01 % | <0.04 g/Serving | |
| Lysine (Free) | <0.01 % | <0.04 g/Serving | |
| Methionine (Free) | <0.01 % | <0.04 g/Serving | |
| Phenylalanine (Free) | <0.01 % | <0.04 g/Serving | |
| Proline (Free) | <0.01 % | <0.04 g/Serving | |
| Serine (Free) | <0.01 % | <0.04 g/Serving | |
| Threonine (Free) | <0.01 % | <0.04 g/Serving | |
| Tyrosine (Free) | <0.01 % | <0.04 g/Serving | |
| Valine (Free) | <0.01 % | <0.04 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | **Completed: 02/22/2017** | |
| AOAC 999.13 mod. | | | |
| Sum of Amino Acids | <0.01 % | <0.04 g/Serving | |

*The test result is covered by our current A2LA accreditation.

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 1 of 2
Certificate of Analysis: AR-17-QD-026825-01

AR-17-QD-026825-01

**Eurofins Sample Code:** 464-2017-02170743
**Client Sample Code:** 1702450-03

Respectfully Submitted,
Eurofins Scientific Inc.



_____
David Gross
Support Services Manager

Chemical Testing
Cert:2927:01

Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2

# eurofins

## Nutrition Analysis Center

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

**Eurofins Sample Code:** 464-2017-02170744
**Sample Description:** 500657 6259P1FIA Premier Protein Vanilla (325 ml)
ss=325g
**Client Sample Code:** 1702450-04
**PO Number:** 1702450

**Entry Date:** 02/17/2017
**Reporting Date:** 02/22/2017

Eurofins Frontier Global Services, Inc.
attn:  Maricris Dela Rosa
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, Washington 98011

Eurofins Frontier Global Services, Inc.
Attn:  Amy Goodall
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, WA 98011

# CERTIFICATE OF ANALYSIS

## AR-17-QD-026826-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|------|------------|-------------|-------------------|
| **QD275 - Serving Size (Customer Supplied)** | | | **Completed: 02/20/2017** |
| No Reference | | | |
| Unit weight | 325.0000 g | 325.0000 g | |
| Units per serving | 1 | 1 | 1 |
| Serving Size | 325.00 g | 325.00 g | 325 g/serving |
| **QD252 - Protein - Combustion** | | | **Completed: 02/22/2017** |
| AOAC 990.03; AOAC 992.15 | | | |
| * Protein | 8.32 % | 27.04 g/Serving | |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | | **Completed: 02/22/2017** |
| AOAC 999.13 mod. | | | |
| Alanine (Free) | <0.01 % | <0.04 g/Serving | |
| Arginine (Free) | <0.01 % | <0.04 g/Serving | |
| Aspartic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Cystine, free | <0.01 % | <0.04 g/Serving | |
| Glutamic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Glycine (Free) | <0.01 % | <0.04 g/Serving | |
| Histidine (Free) | <0.01 % | <0.04 g/Serving | |
| Isoleucine (Free) | <0.01 % | <0.04 g/Serving | |
| Leucine (Free) | <0.01 % | <0.04 g/Serving | |
| Lysine (Free) | <0.01 % | <0.04 g/Serving | |
| Methionine (Free) | <0.01 % | <0.04 g/Serving | |
| Phenylalanine (Free) | <0.01 % | <0.04 g/Serving | |
| Proline (Free) | <0.01 % | <0.04 g/Serving | |
| Serine (Free) | <0.01 % | <0.04 g/Serving | |
| Threonine (Free) | <0.01 % | <0.04 g/Serving | |
| Tyrosine (Free) | <0.01 % | <0.04 g/Serving | |
| Valine (Free) | <0.01 % | <0.04 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | | **Completed: 02/22/2017** |
| AOAC 999.13 mod. | | | |
| Sum of Amino Acids | <0.01 % | <0.04 g/Serving | |

*The test result is covered by our current A2LA accreditation.*

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 1 of 2
Certificate of Analysis: AR-17-QD-026826-01

**AR-17-QD-026826-01**

**Eurofins Sample Code:** 464-2017-02170744
**Client Sample Code:** 1702450-04

Respectfully Submitted,
Eurofins Scientific Inc.

David Gross
Support Services Manager

Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.



Chemical Testing
Cert:2927:01

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2

# eurofins

## Nutrition Analysis Center

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

**Eurofins Sample Code:** 464-2017-02170745
**Sample Description:** 500658 6248P1FFA Premier Protein Chocolate (325 ml)
ss=325g
**Client Sample Code:** 1702450-05
**PO Number:** 1702450

**Entry Date:** 02/17/2017
**Reporting Date:** 02/22/2017

Eurofins Frontier Global Services, Inc.
attn:  Maricris Dela Rosa
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, Washington 98011

Eurofins Frontier Global Services, Inc.
Attn:  Amy Goodall
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, WA 98011

## CERTIFICATE OF ANALYSIS

### AR-17-QD-026854-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|------|-------------|-------------|-------------------|
| **QD275 - Serving Size (Customer Supplied)** | | | **Completed: 02/20/2017** |
| No Reference | | | |
| Unit weight | 325.0000 g | 325.0000 g | |
| Units per serving | 1 | 1 | 1 |
| Serving Size | 325.00 g | 325.00 g | 325 g/serving |
| **QD252 - Protein - Combustion** | | | **Completed: 02/22/2017** |
| AOAC 990.03; AOAC 992.15 | | | |
| * Protein | 8.33 % | 27.07 g/Serving | |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | | **Completed: 02/22/2017** |
| AOAC 999.13 mod. | | | |
| Alanine (Free) | <0.01 % | <0.04 g/Serving | |
| Arginine (Free) | <0.01 % | <0.04 g/Serving | |
| Aspartic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Cystine, free | <0.01 % | <0.04 g/Serving | |
| Glutamic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Glycine (Free) | <0.01 % | <0.04 g/Serving | |
| Histidine (Free) | <0.01 % | <0.04 g/Serving | |
| Isoleucine (Free) | <0.01 % | <0.04 g/Serving | |
| Leucine (Free) | <0.01 % | <0.04 g/Serving | |
| Lysine (Free) | <0.01 % | <0.04 g/Serving | |
| Methionine (Free) | <0.01 % | <0.04 g/Serving | |
| Phenylalanine (Free) | <0.01 % | <0.04 g/Serving | |
| Proline (Free) | <0.01 % | <0.04 g/Serving | |
| Serine (Free) | <0.01 % | <0.04 g/Serving | |
| Threonine (Free) | <0.01 % | <0.04 g/Serving | |
| Tyrosine (Free) | <0.01 % | <0.04 g/Serving | |
| Valine (Free) | <0.01 % | <0.04 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | | **Completed: 02/22/2017** |
| AOAC 999.13 mod. | | | |
| Sum of Amino Acids | <0.01 % | <0.04 g/Serving | |

*The test result is covered by our current A2LA accreditation.

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 1 of 2
Certificate of Analysis: AR-17-QD-026854-01

AR-17-QD-026854-01

**Eurofins Sample Code:** 464-2017-02170745
**Client Sample Code:** 1702450-05

Respectfully Submitted,
Eurofins Scientific Inc.



Chemical Testing
Cert:2927:01

_____
David Gross
Support Services Manager

Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2

# eurofins

## Nutrition Analysis Center

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

**Eurofins Sample Code:** 464-2017-02180263
**Sample Description:** 500669 6364RT1 Premier Protein Vanilla High Protein Shake (325ml), ss=325g
**Client Sample Code:** 1702493-01
**PO Number:** 1702493

**Entry Date:** 02/18/2017
**Reporting Date:** 02/23/2017

Eurofins Frontier Global Services, Inc.
attn:  Maricris Dela Rosa
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, Washington 98011

Eurofins Frontier Global Services, Inc.
Attn:  Amy Goodall
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, WA 98011

## CERTIFICATE OF ANALYSIS

### AR-17-QD-027731-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|---|---|---|---|
| **QD275 - Serving Size (Customer Supplied)** | | | **Completed: 02/20/2017** |
| No Reference | | | |
| Unit weight | 325.0000 g | 325.0000 g | |
| Units per serving | 1 | 1 | 1 |
| Serving Size | 325.00 g | 325.00 g | 325 g/serving |
| **QD252 - Protein - Combustion** | | | **Completed: 02/22/2017** |
| AOAC 990.03; AOAC 992.15 | | | |
| * Protein | 8.72 % | 28.34 g/Serving | |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | | **Completed: 02/23/2017** |
| AOAC 999.13 mod. | | | |
| Alanine (Free) | <0.01 % | <0.04 g/Serving | |
| Arginine (Free) | <0.01 % | <0.04 g/Serving | |
| Aspartic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Cystine, free | <0.01 % | <0.04 g/Serving | |
| Glutamic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Glycine (Free) | <0.01 % | <0.04 g/Serving | |
| Histidine (Free) | <0.01 % | <0.04 g/Serving | |
| Isoleucine (Free) | <0.01 % | <0.04 g/Serving | |
| Leucine (Free) | <0.01 % | <0.04 g/Serving | |
| Lysine (Free) | <0.01 % | <0.04 g/Serving | |
| Methionine (Free) | <0.01 % | <0.04 g/Serving | |
| Phenylalanine (Free) | <0.01 % | <0.04 g/Serving | |
| Proline (Free) | <0.01 % | <0.04 g/Serving | |
| Serine (Free) | <0.01 % | <0.04 g/Serving | |
| Threonine (Free) | <0.01 % | <0.04 g/Serving | |
| Tyrosine (Free) | <0.01 % | <0.04 g/Serving | |
| Valine (Free) | <0.01 % | <0.04 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | | **Completed: 02/23/2017** |
| AOAC 999.13 mod. | | | |
| Sum of Amino Acids | <0.01 % | <0.04 g/Serving | |

*The test result is covered by our current A2LA accreditation.

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 1 of 2
Certificate of Analysis: AR-17-QD-027731-01

AR-17-QD-027731-01

**Eurofins Sample Code:** 464-2017-02180263
**Client Sample Code:** 1702493-01

Respectfully Submitted,
Eurofins Scientific Inc.



Chemical Testing
Cert:2927:01

David Gross
Support Services Manager
Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2

# eurofins

**Nutrition Analysis Center**

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

---

**Eurofins Sample Code:** 464-2017-02180264
**Sample Description:** 500670 6324P1FGA Premier Protein Bananas & Cream
High Protein Shake (325ml), ss=325g
**Client Sample Code:** 1702493-02
**PO Number:** 1702493

**Entry Date:** 02/18/2017
**Reporting Date:** 02/23/2017

Eurofins Frontier Global Services, Inc.
attn:  Maricris Dela Rosa
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, Washington 98011

Eurofins Frontier Global Services, Inc.
Attn:  Amy Goodall
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, WA 98011

## CERTIFICATE OF ANALYSIS

AR-17-QD-027732-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|---|---|---|---|
| **QD275 - Serving Size (Customer Supplied)** | | **Completed: 02/20/2017** | |
| No Reference | | | |
| Unit weight | 325.0000 g | 325.0000 g | |
| Units per serving | 1 | 1 | 1 |
| Serving Size | 325.00 g | 325.00 g | 325 g/serving |
| **QD252 - Protein - Combustion** | | **Completed: 02/22/2017** | |
| AOAC 990.03; AOAC 992.15 | | | |
| * Protein | 8.59 % | 27.92 g/Serving | |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | **Completed: 02/23/2017** | |
| AOAC 999.13 mod. | | | |
| Alanine (Free) | <0.01 % | <0.04 g/Serving | |
| Arginine (Free) | <0.01 % | <0.04 g/Serving | |
| Aspartic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Cystine, free | <0.01 % | <0.04 g/Serving | |
| Glutamic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Glycine (Free) | <0.01 % | <0.04 g/Serving | |
| Histidine (Free) | <0.01 % | <0.04 g/Serving | |
| Isoleucine (Free) | <0.01 % | <0.04 g/Serving | |
| Leucine (Free) | <0.01 % | <0.04 g/Serving | |
| Lysine (Free) | <0.01 % | <0.04 g/Serving | |
| Methionine (Free) | <0.01 % | <0.04 g/Serving | |
| Phenylalanine (Free) | <0.01 % | <0.04 g/Serving | |
| Proline (Free) | <0.01 % | <0.04 g/Serving | |
| Serine (Free) | <0.01 % | <0.04 g/Serving | |
| Threonine (Free) | <0.01 % | <0.04 g/Serving | |
| Tyrosine (Free) | <0.01 % | <0.04 g/Serving | |
| Valine (Free) | <0.01 % | <0.04 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | **Completed: 02/23/2017** | |
| AOAC 999.13 mod. | | | |
| Sum of Amino Acids | <0.01 % | <0.04 g/Serving | |

*The test result is covered by our current A2LA accreditation.*

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 1 of 2
Certificate of Analysis: AR-17-QD-027732-01

**AR-17-QD-027732-01**

**Eurofins Sample Code:** 464-2017-02180264
**Client Sample Code:** 1702493-02

Respectfully Submitted,
Eurofins Scientific Inc.

_____
David Gross
Support Services Manager

Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.



Chemical Testing
Cert:2927:01

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2

# eurofins

### Nutrition Analysis Center

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

---

**Eurofins Sample Code:** 464-2017-02180265
**Sample Description:** 500671 6337P3FDA Premier Protein Chocolate High Protein Shake (325ml), ss=325g
**Client Sample Code:** 1702493-03
**PO Number:** 1702493

**Entry Date:** 02/18/2017
**Reporting Date:** 02/23/2017

Eurofins Frontier Global Services, Inc.
attn:  Maricris Dela Rosa
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, Washington 98011

Eurofins Frontier Global Services, Inc.
Attn:  Amy Goodall
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, WA 98011

## CERTIFICATE OF ANALYSIS

### AR-17-QD-027733-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|---|---|---|---|
| **QD275 - Serving Size (Customer Supplied)** | | | **Completed: 02/20/2017** |
| No Reference | | | |
| Unit weight | 325.0000 g | 325.0000 g | |
| Units per serving | 1 | 1 | 1 |
| Serving Size | 325.00 g | 325.00 g | 325 g/serving |
| **QD252 - Protein - Combustion** | | | **Completed: 02/22/2017** |
| AOAC 990.03; AOAC 992.15 | | | |
| * Protein | 8.65 % | 28.11 g/Serving | |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | | **Completed: 02/23/2017** |
| AOAC 999.13 mod. | | | |
| Alanine (Free) | <0.01 % | <0.04 g/Serving | |
| Arginine (Free) | <0.01 % | <0.04 g/Serving | |
| Aspartic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Cystine, free | <0.01 % | <0.04 g/Serving | |
| Glutamic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Glycine (Free) | <0.01 % | <0.04 g/Serving | |
| Histidine (Free) | <0.01 % | <0.04 g/Serving | |
| Isoleucine (Free) | <0.01 % | <0.04 g/Serving | |
| Leucine (Free) | <0.01 % | <0.04 g/Serving | |
| Lysine (Free) | <0.01 % | <0.04 g/Serving | |
| Methionine (Free) | <0.01 % | <0.04 g/Serving | |
| Phenylalanine (Free) | <0.01 % | <0.04 g/Serving | |
| Proline (Free) | <0.01 % | <0.04 g/Serving | |
| Serine (Free) | <0.01 % | <0.04 g/Serving | |
| Threonine (Free) | <0.01 % | <0.04 g/Serving | |
| Tyrosine (Free) | <0.01 % | <0.04 g/Serving | |
| Valine (Free) | <0.01 % | <0.04 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | | **Completed: 02/23/2017** |
| AOAC 999.13 mod. | | | |
| Sum of Amino Acids | <0.01 % | <0.04 g/Serving | |

*The test result is covered by our current A2LA accreditation.

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 1 of 2
Certificate of Analysis: AR-17-QD-027733-01

**AR-17-QD-027733-01**

**Eurofins Sample Code:** 464-2017-02180265
**Client Sample Code:** 1702493-03

Respectfully Submitted,
Eurofins Scientific Inc.



Chemical Testing
Cert:2927:01

David Gross
Support Services Manager
Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2

# eurofins

## Nutrition Analysis Center

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

---

**Eurofins Sample Code:** 464-2017-03060244
**Sample Description:** 500771 6318P1FIA Premier Protein Strawberry & Cream (325mL) ss=325 grams
**Client Sample Code:** 1703091-09
**PO Number:** 1703091

**Entry Date:** 03/06/2017
**Reporting Date:** 03/15/2017

Eurofins Frontier Global Services, Inc.
attn:  Maricris Dela Rosa
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, Washington 98011

Eurofins Frontier Global Services, Inc.
Attn:  Amy Goodall
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, WA 98011

# CERTIFICATE OF ANALYSIS

AR-17-QD-038440-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|---|---|---|---|
| **QD275 - Serving Size (Customer Supplied)** | | | **Completed: 03/09/2017** |
| No Reference | | | |
| Unit weight | 325.0000 g | 325.0000 g | |
| Units per serving | 1 | 1 | 1 |
| Serving Size | 325.00 g | 325.00 g | 325 g/serving |
| **QD252 - Protein - Combustion** | | | **Completed: 03/09/2017** |
| AOAC 990.03; AOAC 992.15 | | | |
| * Protein | 8.66 % | 28.15 g/Serving | |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | | **Completed: 03/15/2017** |
| AOAC 999.13 mod. | | | |
| Alanine (Free) | <0.01 % | <0.04 g/Serving | |
| Arginine (Free) | <0.01 % | <0.04 g/Serving | |
| Aspartic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Cystine, free | <0.01 % | <0.04 g/Serving | |
| Glutamic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Glycine (Free) | <0.01 % | <0.04 g/Serving | |
| Histidine (Free) | <0.01 % | <0.04 g/Serving | |
| Isoleucine (Free) | <0.01 % | <0.04 g/Serving | |
| Leucine (Free) | <0.01 % | <0.04 g/Serving | |
| Lysine (Free) | <0.01 % | <0.04 g/Serving | |
| Methionine (Free) | <0.01 % | <0.04 g/Serving | |
| Phenylalanine (Free) | <0.01 % | <0.04 g/Serving | |
| Proline (Free) | <0.01 % | <0.04 g/Serving | |
| Serine (Free) | <0.01 % | <0.04 g/Serving | |
| Threonine (Free) | <0.01 % | <0.04 g/Serving | |
| Tyrosine (Free) | <0.01 % | <0.04 g/Serving | |
| Valine (Free) | <0.01 % | <0.04 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | | **Completed: 03/15/2017** |
| AOAC 999.13 mod. | | | |
| Sum of Amino Acids | <0.01 % | <0.04 g/Serving | |

*The test result is covered by our current A2LA accreditation.

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA); full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf

Page 1 of 2

Certificate of Analysis: AR-17-QD-038440-01

AR-17-QD-038440-01

**Eurofins Sample Code:** 464-2017-03060244
**Client Sample Code:** 1703091-09

Respectfully Submitted,
Eurofins Scientific Inc.

David Gross
Support Services Manager
Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.



Chemical Testing
Cert:2927:01

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2

# eurofins

**Nutrition Analysis Center**

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

---

**Eurofins Sample Code:** 464-2017-03060245                    **Entry Date:** 03/06/2017
**Sample Description:** 500772 6318P1FJA Premier Protein Vanilla (325mL) ss=325    **Reporting Date:** 03/15/2017
grams
**Client Sample Code:** 1703091-10
**PO Number:** 1703091

Eurofins Frontier Global Services, Inc.                  Eurofins Frontier Global Services, Inc.
attn:  Maricris Dela Rosa                                    Attn:  Amy Goodall
11720 N. Creek Pkwy. N.                                   11720 N. Creek Pkwy. N.
Ste. 400                                                              Ste. 400
Bothell, Washington 98011                                     Bothell, WA 98011

## CERTIFICATE OF ANALYSIS

AR-17-QD-038441-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|------|-------------|-------------|-------------------|
| **QD275 - Serving Size (Customer Supplied)** | | | **Completed: 03/08/2017** |
| No Reference | | | |
| Unit weight | 325.0000 g | 325.0000 g | |
| Units per serving | 1 | 1 | 1 |
| Serving Size | 325.00 g | 325.00 g | 325 g/serving |
| **QD252 - Protein - Combustion** | | | **Completed: 03/09/2017** |
| AOAC 990.03; AOAC 992.15 | | | |
| * Protein | 8.66 % | 28.15 g/Serving | |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | | **Completed: 03/15/2017** |
| AOAC 999.13 mod. | | | |
| Alanine (Free) | <0.01 % | <0.04 g/Serving | |
| Arginine (Free) | <0.01 % | <0.04 g/Serving | |
| Aspartic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Cystine, free | <0.01 % | <0.04 g/Serving | |
| Glutamic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Glycine (Free) | <0.01 % | <0.04 g/Serving | |
| Histidine (Free) | <0.01 % | <0.04 g/Serving | |
| Isoleucine (Free) | <0.01 % | <0.04 g/Serving | |
| Leucine (Free) | <0.01 % | <0.04 g/Serving | |
| Lysine (Free) | <0.01 % | <0.04 g/Serving | |
| Methionine (Free) | <0.01 % | <0.04 g/Serving | |
| Phenylalanine (Free) | <0.01 % | <0.04 g/Serving | |
| Proline (Free) | <0.01 % | <0.04 g/Serving | |
| Serine (Free) | <0.01 % | <0.04 g/Serving | |
| Threonine (Free) | <0.01 % | <0.04 g/Serving | |
| Tyrosine (Free) | <0.01 % | <0.04 g/Serving | |
| Valine (Free) | <0.01 % | <0.04 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | | **Completed: 03/15/2017** |
| AOAC 999.13 mod. | | | |
| Sum of Amino Acids | <0.01 % | <0.04 g/Serving | |

*The test result is covered by our current A2LA accreditation.*

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 1 of 2
Certificate of Analysis: AR-17-QD-038441-01

AR-17-QD-038441-01

**Eurofins Sample Code:** 464-2017-03060245
**Client Sample Code:** 1703091-10

Respectfully Submitted,
Eurofins Scientific Inc.



Chemical Testing
Cert:2927:01

_____
David Gross
Support Services Manager

Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2

# eurofins

## Nutrition Analysis Center

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

**Eurofins Sample Code:** 464-2017-03060246
**Sample Description:** 500773 6314P1FGA Premier Protein Banana & Cream (325mL) ss=325 grams
**Client Sample Code:** 1703091-11
**PO Number:** 1703091

**Entry Date:** 03/06/2017
**Reporting Date:** 03/10/2017

Eurofins Frontier Global Services, Inc.
attn: Maricris Dela Rosa
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, Washington 98011

Eurofins Frontier Global Services, Inc.
Attn: Amy Goodall
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, WA 98011

## CERTIFICATE OF ANALYSIS

### AR-17-QD-036102-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|---|---|---|---|
| **QD275 - Serving Size (Customer Supplied)** | | **Completed: 03/08/2017** | |
| No Reference | | | |
| Unit weight | 325.0000 g | 325.0000 g | |
| Units per serving | 1 | 1 | 1 |
| Serving Size | 325.00 g | 325.00 g | 325 g/serving |
| **QD252 - Protein - Combustion** | | **Completed: 03/09/2017** | |
| AOAC 990.03; AOAC 992.15 | | | |
| * Protein | 8.62 % | 28.02 g/Serving | |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | **Completed: 03/10/2017** | |
| AOAC 999.13 mod. | | | |
| Alanine (Free) | <0.01 % | <0.04 g/Serving | |
| Arginine (Free) | <0.01 % | <0.04 g/Serving | |
| Aspartic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Cystine, free | <0.01 % | <0.04 g/Serving | |
| Glutamic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Glycine (Free) | <0.01 % | <0.04 g/Serving | |
| Histidine (Free) | <0.01 % | <0.04 g/Serving | |
| Isoleucine (Free) | <0.01 % | <0.04 g/Serving | |
| Leucine (Free) | <0.01 % | <0.04 g/Serving | |
| Lysine (Free) | <0.01 % | <0.04 g/Serving | |
| Methionine (Free) | <0.01 % | <0.04 g/Serving | |
| Phenylalanine (Free) | <0.01 % | <0.04 g/Serving | |
| Proline (Free) | <0.01 % | <0.04 g/Serving | |
| Serine (Free) | <0.01 % | <0.04 g/Serving | |
| Threonine (Free) | <0.01 % | <0.04 g/Serving | |
| Tyrosine (Free) | <0.01 % | <0.04 g/Serving | |
| Valine (Free) | <0.01 % | <0.04 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | **Completed: 03/10/2017** | |
| AOAC 999.13 mod. | | | |
| Sum of Amino Acids | <0.01 % | <0.04 g/Serving | |

*The test result is covered by our current A2LA accreditation.

AR-17-QD-036102-01

**eurofins**

**Eurofins Sample Code:** 464-2017-03060246
**Client Sample Code:** 1703091-11

Respectfully Submitted,
Eurofins Scientific Inc.

Ramin Jahromi
Technical Manager
Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.



Chemical Testing
Cert:2927:01

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2

# eurofins

## Nutrition Analysis Center

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

---

**Eurofins Sample Code:** 464-2017-03090749
**Sample Description:** 500788 7004P1FGA Premier Protein High Protein Shake Chocolate (325ml) ss=325g
**Client Sample Code:** 1703177-02
**PO Number:** 1703177

**Entry Date:** 03/09/2017
**Reporting Date:** 03/16/2017

Eurofins Frontier Global Services, Inc.
attn:  Maricris Dela Rosa
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, Washington 98011

Eurofins Frontier Global Services, Inc.
Attn:  Amy Goodall
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, WA 98011

# CERTIFICATE OF ANALYSIS
AR-17-QD-039059-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|---|---|---|---|
| **QD275 - Serving Size (Customer Supplied)** | | | **Completed: 03/13/2017** |
| No Reference | | | |
| Unit weight | 325.0000 g | 325.0000 g | |
| Units per serving | 1 | 1 | 1 |
| Serving Size | 325.00 g | 325.00 g | 325 g/serving |
| **QD252 - Protein - Combustion** | | | **Completed: 03/14/2017** |
| AOAC 990.03; AOAC 992.15 | | | |
| * Protein | 8.41 % | 27.33 g/Serving | |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | | **Completed: 03/16/2017** |
| AOAC 999.13 mod. | | | |
| Alanine (Free) | <0.01 % | <0.04 g/Serving | |
| Arginine (Free) | <0.01 % | <0.04 g/Serving | |
| Aspartic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Cystine, free | <0.01 % | <0.04 g/Serving | |
| Glutamic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Glycine (Free) | <0.01 % | <0.04 g/Serving | |
| Histidine (Free) | <0.01 % | <0.04 g/Serving | |
| Isoleucine (Free) | <0.01 % | <0.04 g/Serving | |
| Leucine (Free) | <0.01 % | <0.04 g/Serving | |
| Lysine (Free) | <0.01 % | <0.04 g/Serving | |
| Methionine (Free) | <0.01 % | <0.04 g/Serving | |
| Phenylalanine (Free) | <0.01 % | <0.04 g/Serving | |
| Proline (Free) | <0.01 % | <0.04 g/Serving | |
| Serine (Free) | <0.01 % | <0.04 g/Serving | |
| Threonine (Free) | <0.01 % | <0.04 g/Serving | |
| Tyrosine (Free) | <0.01 % | <0.04 g/Serving | |
| Valine (Free) | <0.01 % | <0.04 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | | **Completed: 03/16/2017** |
| AOAC 999.13 mod. | | | |
| Sum of Amino Acids | <0.01 % | <0.04 g/Serving | |

*The test result is covered by our current A2LA accreditation.*

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 1 of 2
Certificate of Analysis: AR-17-QD-039059-01

AR-17-QD-039059-01

**Eurofins Sample Code:** 464-2017-03090749
**Client Sample Code:** 1703177-02

Respectfully Submitted,
Eurofins Scientific Inc.

David Gross
Support Services Manager
Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.



Chemical Testing
Cert:2927:01

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2

# eurofins

**Nutrition Analysis Center**

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

---

**Eurofins Sample Code:** 464-2017-03090751
**Sample Description:** 500790 63661FHA Premier Protein High Protein Shake
Shake Strawberries & Cream (325ml) ss=325g
**Client Sample Code:** 1703177-04
**PO Number:** 1703177

**Entry Date:** 03/09/2017
**Reporting Date:** 03/16/2017

Eurofins Frontier Global Services, Inc.
attn:  Maricris Dela Rosa
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, Washington 98011

Eurofins Frontier Global Services, Inc.
Attn:  Amy Goodall
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, WA 98011

## CERTIFICATE OF ANALYSIS

AR-17-QD-039060-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|------|-------------|-------------|-------------------|
| **QD275 - Serving Size (Customer Supplied)** | | | **Completed: 03/13/2017** |
| No Reference | | | |
| Unit weight | 325.0000 g | 325.0000 g | |
| Units per serving | 1 | 1 | 1 |
| Serving Size | 325.00 g | 325.00 g | 325 g/serving |
| **QD252 - Protein - Combustion** | | | **Completed: 03/14/2017** |
| AOAC 990.03; AOAC 992.15 | | | |
| * Protein | 8.41 % | 27.33 g/Serving | |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | | **Completed: 03/16/2017** |
| AOAC 999.13 mod. | | | |
| Alanine (Free) | <0.01 % | <0.04 g/Serving | |
| Arginine (Free) | <0.01 % | <0.04 g/Serving | |
| Aspartic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Cystine, free | <0.01 % | <0.04 g/Serving | |
| Glutamic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Glycine (Free) | <0.01 % | <0.04 g/Serving | |
| Histidine (Free) | <0.01 % | <0.04 g/Serving | |
| Isoleucine (Free) | <0.01 % | <0.04 g/Serving | |
| Leucine (Free) | <0.01 % | <0.04 g/Serving | |
| Lysine (Free) | <0.01 % | <0.04 g/Serving | |
| Methionine (Free) | <0.01 % | <0.04 g/Serving | |
| Phenylalanine (Free) | <0.01 % | <0.04 g/Serving | |
| Proline (Free) | <0.01 % | <0.04 g/Serving | |
| Serine (Free) | <0.01 % | <0.04 g/Serving | |
| Threonine (Free) | <0.01 % | <0.04 g/Serving | |
| Tyrosine (Free) | <0.01 % | <0.04 g/Serving | |
| Valine (Free) | <0.01 % | <0.04 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | | **Completed: 03/16/2017** |
| AOAC 999.13 mod. | | | |
| Sum of Amino Acids | <0.01 % | <0.04 g/Serving | |

*The test result is covered by our current A2LA accreditation.*

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 1 of 2
Certificate of Analysis: AR-17-QD-039060-01

AR-17-QD-039060-01

**Eurofins Sample Code:** 464-2017-03090751
**Client Sample Code:** 1703177-04

Respectfully Submitted,
Eurofins Scientific Inc.

David Gross
Support Services Manager
Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.



Chemical Testing
Cert:2927:01

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2

# eurofins

## Nutrition Analysis Center

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

---

**Eurofins Sample Code:** 464-2017-03090752                                   **Entry Date:** 03/09/2017
**Sample Description:** 500791 6314P1F8A Premier Protein High Protein Shake      **Reporting Date:** 03/16/2017
Bananas & Cream (325ml) ss=325g
**Client Sample Code:** 1703177-05
**PO Number:** 1703177

Eurofins Frontier Global Services, Inc.            Eurofins Frontier Global Services, Inc.
attn:  Maricris Dela Rosa                              Attn:  Amy Goodall
11720 N. Creek Pkwy. N.                            11720 N. Creek Pkwy. N.
Ste. 400                                                        Ste. 400
Bothell, Washington 98011                              Bothell, WA 98011

# CERTIFICATE OF ANALYSIS

AR-17-QD-039061-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|------|-------------|-------------|-------------------|
| **QD275 - Serving Size (Customer Supplied)** | | | **Completed: 03/13/2017** |
| No Reference | | | |
| Unit weight | 325.0000 g | 325.0000 g | |
| Units per serving | 1 | 1 | 1 |
| Serving Size | 325.00 g | 325.00 g | 325 g/serving |
| **QD252 - Protein - Combustion** | | | **Completed: 03/14/2017** |
| AOAC 990.03; AOAC 992.15 | | | |
| * Protein | 8.42 % | 27.37 g/Serving | |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | | **Completed: 03/16/2017** |
| AOAC 999.13 mod. | | | |
| Alanine (Free) | <0.01 % | <0.04 g/Serving | |
| Arginine (Free) | <0.01 % | <0.04 g/Serving | |
| Aspartic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Cystine, free | <0.01 % | <0.04 g/Serving | |
| Glutamic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Glycine (Free) | <0.01 % | <0.04 g/Serving | |
| Histidine (Free) | <0.01 % | <0.04 g/Serving | |
| Isoleucine (Free) | <0.01 % | <0.04 g/Serving | |
| Leucine (Free) | <0.01 % | <0.04 g/Serving | |
| Lysine (Free) | <0.01 % | <0.04 g/Serving | |
| Methionine (Free) | <0.01 % | <0.04 g/Serving | |
| Phenylalanine (Free) | <0.01 % | <0.04 g/Serving | |
| Proline (Free) | <0.01 % | <0.04 g/Serving | |
| Serine (Free) | <0.01 % | <0.04 g/Serving | |
| Threonine (Free) | <0.01 % | <0.04 g/Serving | |
| Tyrosine (Free) | <0.01 % | <0.04 g/Serving | |
| Valine (Free) | <0.01 % | <0.04 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | | **Completed: 03/16/2017** |
| AOAC 999.13 mod. | | | |
| Sum of Amino Acids | <0.01 % | <0.04 g/Serving | |

*The test result is covered by our current A2LA accreditation.*

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 1 of 2
Certificate of Analysis: AR-17-QD-039061-01

AR-17-QD-039061-01

**Eurofins Sample Code:** 464-2017-03090752
**Client Sample Code:** 1703177-05

Respectfully Submitted,
Eurofins Scientific Inc.

David Gross
Support Services Manager

Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.



Chemical Testing
Cert:2927:01

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2

# ❖❖ eurofins

## Nutrition Analysis Center

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

---

**Eurofins Sample Code:** 464-2017-03090750
**Sample Description:** 500789 7002P1FGA Premier Protein High Protein Shake Vanilla (325ml) ss=325g
**Client Sample Code:** 1703177-03
**PO Number:** 1703177

**Entry Date:** 03/09/2017
**Reporting Date:** 03/15/2017

Eurofins Frontier Global Services, Inc.
attn:  Maricris Dela Rosa
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, Washington 98011

Eurofins Frontier Global Services, Inc.
Attn:  Amy Goodall
11720 N. Creek Pkwy. N.
Ste. 400
Bothell, WA 98011

---

# CERTIFICATE OF ANALYSIS

## AR-17-QD-038480-01

| Test | As Is Basis | Per Serving | Theoretical Level |
|---|---|---|---|
| **QD275 - Serving Size (Customer Supplied)** | | | **Completed: 03/13/2017** |
| No Reference | | | |
| Unit weight | 325.0000 g | 325.0000 g | |
| Units per serving | 1 | 1 | 1 |
| Serving Size | 325.00 g | 325.00 g | 325 g/serving |
| **QD252 - Protein - Combustion** | | | **Completed: 03/14/2017** |
| AOAC 990.03; AOAC 992.15 | | | |
| * Protein | 8.43 % | 27.40 g/Serving | |
| **QQ007 - Free Amino Acid Profile (AOAC, Most Matrices)** | | | **Completed: 03/15/2017** |
| AOAC 999.13 mod. | | | |
| Alanine (Free) | <0.01 % | <0.04 g/Serving | |
| Arginine (Free) | <0.01 % | <0.04 g/Serving | |
| Aspartic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Cystine, free | <0.01 % | <0.04 g/Serving | |
| Glutamic acid (Free) | <0.01 % | <0.04 g/Serving | |
| Glycine (Free) | <0.01 % | <0.04 g/Serving | |
| Histidine (Free) | <0.01 % | <0.04 g/Serving | |
| Isoleucine (Free) | <0.01 % | <0.04 g/Serving | |
| Leucine (Free) | <0.01 % | <0.04 g/Serving | |
| Lysine (Free) | <0.01 % | <0.04 g/Serving | |
| Methionine (Free) | <0.01 % | <0.04 g/Serving | |
| Phenylalanine (Free) | <0.01 % | <0.04 g/Serving | |
| Proline (Free) | <0.01 % | <0.04 g/Serving | |
| Serine (Free) | <0.01 % | <0.04 g/Serving | |
| Threonine (Free) | <0.01 % | <0.04 g/Serving | |
| Tyrosine (Free) | <0.01 % | <0.04 g/Serving | |
| Valine (Free) | <0.01 % | <0.04 g/Serving | |
| **QD0GD - Sum of Free Amino Acids** | | | **Completed: 03/15/2017** |
| AOAC 999.13 mod. | | | |
| Sum of Amino Acids | <0.01 % | <0.04 g/Serving | |

*The test result is covered by our current A2LA accreditation.*

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf

Certificate of Analysis: AR-17-QD-038480-01

**eurofins**

AR-17-QD-038480-01

**Eurofins Sample Code:** 464-2017-03090750
**Client Sample Code:** 1703177-03

Respectfully Submitted,
Eurofins Scientific Inc.

David Gross
Support Services Manager

Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.



Chemical Testing
Cert:2927:01

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 2