UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GREGORIO, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

PREMIER NUTRITION CORPORATION,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/15/2018

17 Civ. 5987 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 14, 2018, the Court granted the motion for preliminary approval of settlement. Motion, ECF No. 51; Order, ECF No. 62. In light of that order, the pending motions to dismiss at ECF No. 33 and 36 are DENIED as moot.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 33, 36, and 51.

    SO ORDERED.

Dated: May 15, 2018
       New York, New York

                              ANALISA TORRES
                         United States District Judge