```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/18/2018_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GREGORIO, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

PREMIER NUTRITION CORPORATION,

        Defendant.

17 Civ. 5987 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By letter dated September 18, 2018, ECF No. 78, the parties jointly request adjournments of a number of dates and deadlines in the Order Granting Preliminary Approval of First Amended Class Action Settlement, ECF No. 77 (the "Order"). The request is GRANTED. Accordingly, it is hereby ORDERED that:

1. The final approval hearing scheduled for December 13, 2018, Order ¶ 5, is ADJOURNED to **January 17, 2019**, at **2:00 p.m.**;
2. The deadline by which claim forms must be postmarked or received by the Settlement Administrator, Order ¶ 15, is ADJOURNED to **December 20, 2018**;
3. The deadline by which the parties must file papers in support of final approval of the Amended Settlement Agreement and any supplementation to the Fee Petition, Order ¶ 7, is ADJOURNED to **January 3, 2019**; and
4. The date on which the Settlement Administrator shall provide the Court with a declaration describing the results of the notice effort, Order ¶ 12, is ADJOURNED to **January 3, 2019**.

SO ORDERED.

Dated: September 18, 2018
       New York, New York

                          ANALISA TORRES
                          United States District Judge