**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH GREGORIO, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>   v.<br><br>PREMIER NUTRITION CORPORATION,<br><br>                  Defendant. | Civil Action No. 1:17-cv-05987-AT |

### NOTICE OF MOTION FOR FINAL APPROVAL OF
### FIRST AMENDED CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that on January 17, 2019 at 2:00 p.m. before the Honorable Analisa Torres, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Plaintiff Joseph Gregorio, by and through Class Counsel and Supporting Counsel will move and hereby does move for an order: (1) finally approving the First Amended Class Action Settlement, and (2) certifying the Settlement Class.

    **PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff will rely upon: (1) the accompanying Memorandum of Law, (2) the Declaration of Philip L. Fraietta, and the exhibits attached thereto (including the Parties' First Amended Class Action Settlement Agreement), and (3) the Declaration of Orran L. Brown, Sr., and the exhibits attached thereto.

    **PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests oral argument.

* * *

    A Proposed Final Judgment and Order of Dismissal with Prejudice is submitted herewith.

Dated:  January 3, 2019

Respectfully submitted,

By:    */s/ Philip L. Fraietta*
        Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Joseph I. Marchese
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
Email:  jmarchese@bursor.com
       pfraietta@bursor.com

L. Timothy Fisher (*Pro Hac Vice*)
Frederick J. Klorczyk III
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
Email:  ltfisher@bursor.com
      fklorczyk@bursor.com

**BARBAT, MANSOUR & SUCIU PLLC**
Nick Suciu III (*Pro Hac Vice*)
1644 Bracken Road
Bloomfield Hills, MI 48302
Telephone:  (313) 303-3472
Email:  nicksuciu@bmslawyers.com

*Class Counsel*

**CONSUMER LAW GROUP PC**
Anne Barker (*Pro Hac Vice*)
306 Joy Street
Fort Oglethorpe, GA 30742
Telephone:  (706)858-0325
Email:
Abarker.consumerlawgroup@gmail.com

*Supporting Counsel*