UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GREGORIO, individually and on behalf of all others similarly situated,

                    Plaintiff,

-against-

PREMIER NUTRITION CORPORATION,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/11/2019__

17 Civ. 5987 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The fairness hearing scheduled for January 17, 2019, at 2:00 p.m. is ADJOURNED to **January 17, 2019**, at **3:30 p.m.**

    SO ORDERED.

Dated: January 11, 2019
       New York, New York

                                              ANALISA TORRES
                                            United States District Judge