UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOSEPH GREGORIO, et al.** ) <br> **Plaintiffs,** ) <br> v. ) <br> ) <br> **PREMIER NUTRITION CORP.,** ) <br> **Defendant.** ) <br> ) | No. 1:17-cv-05987-AT <br><br> Judge Analisa Torres |

## NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Dave Mager ("Mager") appeals to the United States Court of Appeals for the Second Circuit from this Court's Final Judgment and Order of Dismissal With Prejudice entered on January 17, 2019 (ECF Doc. 101). Mager also appeals from any order or judgment identifying Mager's fee objection, imposing sanctions, or requiring an appeal bond (including any order entered or signed subsequent to this notice of appeal).

February 2, 2019            Respectfully submitted,

/s/ George W. Cochran
George W. Cochran
LAW OFFICE OF GEORGE W. COCHRAN
1385 Russell Drive
Streetsboro, Ohio 44241
Tel: (330) 607-2187
Fax: (330) 230-6136
lawchrist@gmail.com
*Attorney for Class Member/Objector Dave Mager*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on February 2, 2019, and that as a result electronic notice of the filing was served upon all attorneys of record.

/s/ George W. Cochran
George W. Cochran