**MANDATE**

N.Y.S.D. Case #
17-cv-5987(AT)

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of February, two thousand nineteen.

_____

Joseph Gregorio, individually and on behalf of all others similarly situated,

        Plaintiff - Appellee,

v.

Premier Nutrition Corporation,

        Defendant - Appellee,

v.

Dave Mager,

        Objector - Appellant.

**ORDER**
Docket No. 19-321

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 22 2019

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/22/2019